UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID ENGEL, on behalf of all
others similarly situated,

                                                                                                   JUDGMENT
                                                                                                   20-cv-2337 (ENV) (RML)

                     Plaintiff,

    v.

MIDLAND CREDIT MANAGEMENT, INC.,

                    Defendant.
---------------------------------------------------------------X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 21, 2021, granting defendant's motion to dismiss plaintiff's FDCPA claim; and dismissing the claim with prejudice; it is

       ORDERED and ADJUDGED that defendant's motion to dismiss plaintiff's FDCPA claim is granted; and that the claim is dismissed with prejudice.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       April 22, 2021                                               Clerk of Court

                                                                  By:    */s/Jalitza Poveda*
                                                                            Deputy Clerk